**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

THE ESTATE OF MAX AND JOICE
ELIASON, et al.

                                        Plaintiff,

v.                                          Case No.:
                                            2:26–cv–03254–EP–JBC

                                            Judge Evelyn Padin

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER–DAY SAINTS, et al.

                                        Defendant.

**Dear :**

    The initial pleading in the above–captioned matter was received by the Clerk's office. Your submission was not accompanied by the filing fee of $350 as required by 28 U.S.C. § 1914 and the administrative fee of $55 as required by item 14 of the District Court Miscellaneous Fee Schedule, for a total of **$405**. An initial pleading cannot be processed unless the filing fee is paid. The Clerk has marked your submission as received.

    If you are unable to pay the $405, you should submit an application to proceed *in forma pauperis*. An application to proceed *in forma pauperis* can be found at http://www.njd.uscourts.gov/sites/njd/files/forms/AO_239.pdf.

    Within 21 days of the date of entry of this letter, either remit the proper fee or submit a completed and signed *in forma pauperis* application. If the proper fee or *in forma pauperis* application is <u>not</u> submitted in 21 days, the initial pleading will be deemed withdrawn and the Court shall close the file in this matter without further notice.

                        Very truly yours,

                        CLERK OF COURT
                        By Deputy Clerk, mfr