DATED this 20th day of April, 2026.

Respectfully submitted,


_____
Brett L. Eliason (brett.eliason1@gmail.com)
Plaintiff, Pro Se


_____
Veronique Eliason (veroniqueeliason88@gmail.com)
Plaintiff, Pro Se


_____
Kylie Eliason (kylie.eliason@icloud.com)
Plaintiff, Pro Se


_____
Brittnie Eliason (britz.eliason@gmail.com)
Plaintiff, Pro Se


Address:
36 Timber Trail
Ramsey, NJ, 07446
Telephone: 801-949-0080