Brett L Eliason, Trustee
36 Timber Trail
Ramsey, New Jersey, 07446
801-949-0080
Brett.eliason1@gmail.com
  Plaintiff is Self-Represented "Pro Se"

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

## 50 Walnut Street, Newark, New Jersey, 07102

| | |
|---|---|
| THE ESTATE OF MAX AND JOYCE ELIASON, By and through their Trustees, heirs, and interested persons, including Plaintiffs herein. | NOTICE OF SUPPLEMENTAL EVIDENCE REGARDING JOYCE S ELIASON'S MEDICAL RECORDS |
| BRETT L. ELIASON, an individual; | |
| VERONIQUE ELIASON, an individual; | |
| KYLIE M. ELIASON, an individual; | |
| BRITTNIE L. ELIASON, an individual. | |
| Plaintiff | |
| v. | |
| THE UNITED STATES DEPT OF JUSTICE | |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS | |
| DALLIN H. OAKS | |
| KIRTON MCCONKIE, P.C. | Case No.   2:26-cv-03254 |
| CRAIG MCCULLOUGH, an individual | Judge:   Evelyn Padin |
| LISA STEPHENS, an individual | |
| BRYAN STEPHENS, an individual | |
| ELIASON EIGHT, LLC and ELIASON ENTERPRISES, LLC. | |
| Defendant | |

1

Plaintiffs respectfully submit this Notice to provide supplemental evidence relevant to the claims asserted in this action. Plaintiffs have recently obtained medical records and related documentary evidence concerning Joyce S. Eliason during the period immediately preceding execution of disputed estate planning documents in April and May 2018.

The attached records (Exhibit A) indicate that morphine was not prescribed to Joyce S. Eliason during the relevant period, thereby supporting the claim that she was drugged and put into a coma following the administration of an unprescribed drug. Plaintiffs also attach contemporaneous text communications (Exhibit B) referencing morphine administration and Joyce S. Eliason's physical condition during that timeframe.

Plaintiffs submit these materials because they bear directly upon issues of:

1. Capacity;
2. Undue influence;
3. Coercion;
4. Reliability of the challenged documents;
5. The circumstances under which estate planning amendments were executed.

Plaintiffs do not request immediate adjudication of these factual issues through this Notice. Rather, Plaintiffs respectfully submit the evidence so that the Court may consider it as part of the overall factual record. The seriousness of the circumstances reflected in these records warrants careful review and further factual development, rather than being ignored since it was discovered in February of 2019.

DATED: _6-02-26_

Respectfully submitted,

Brett L. Eliason
Plaintiff Pro Se

2

# EXHIBIT A

Chapters Eight and Nine taken from
Plaintiff's manuscript entitled "The Mormon
Mafia and ME"

# EXHIBIT B

**Pages taken from the medical records of Joyce S Eliason from the University of Utah Hospital showing no morphine being prescribed**

4