# CHAPTER EIGHT
## The Unprescribed Morphine

Keeping in mind that there were undisclosed life insurance policies placed on my mother (discussed in the following chapter), there is one more sick twist to this story which should make the reader cringe with the realization that people in positions of power will do anything for money even if it includes murder.

The texts between me and my mother and sister during April and May of 2018, show that my mom was asking Lisa where her morphine was and that she was having an apparent allergic reaction to the medicine. I had falsely assumed that my mother's doctor had prescribed this to her, which, as will be shown, was never done. The question nobody dares ask Lisa is where she obtained the morphine from, and for what other reason did she administer it other than to drug her mother before she forced her to execute critical documents.

The implications are chilling, the suspicions dark and sinister. Could it be that Craig and Lisa were driven by their insatiable greed to conspire and hasten my mother's death with an illegal and believed lethal dose of morphine? The timing of these events, just days after my mother was coerced into signing away her estate, is too coincidental to ignore. My mother never wanted to hear the word "hospice" until the day she died, and she was always optimistic she would live to see tomorrow.

While the texts prove that my mother knew she was taking this medication, Lisa told her that her doctor prescribed her a very small dose to help her relax at night. If this dosage truly was a minor amount, why would my mother fall into a coma for several days, and be incoherent the day she signed these all-important changes to my parents' trust? If the defendants could present her with fraudulently prepared documents, they were certainly capable of anything, including giving my mother whatever they wanted in the way of medication to facilitate this theft.

Below are several texts exchanged between me and my mother and sister during this period. Note that the first one is dated April 15th, 2018, just two days before the defendants forced my mother to sign the Second Amendment, which was discussed in the prior chapter, and which put Lisa in charge of my parent's entire estate and removed my father and me as Trustees.



There was no correspondence on April 17th between me and Lisa, nor did she mention that she had just forced my mother to unknowingly appoint her the sole trustee and give her the golden key to my parents' entire estate. It is, therefore, not surprising that my mother did not respond to any texts I sent her that day, and Lisa also knew that I was at a grand opening for my store that day and would not be visiting her. After reviewing these texts, inevitably, my mother did not respond that day because she was so heavily drugged.

The most suspicious part of this incident is that when I was on my way to see my mother, when she started to come out of her heavily drugged state, my sister made comments to dissuade me from coming to visit her that night, as illustrated below. But when I arrived at my mother's home late the night after she signed these documents, the first words out of her mouth were, "Brett, do you agree with what I signed?"

Now, let's move on to the next day when my mother is asking Lisa where her morphine is. This is April 16th, 2018, or just one day before McCullough and Lisa had my mother execute the fraudulent documents. Consider this however, is it not a crime by itself to obtain a bag of morphine from an unknown source and give it to someone without having a doctor involved to prescribe it? Isn't there at least a misdemeanor out there that slaps someone's hands for dealing drugs on the black market? Even if there is, it is irrelevant when it involves those immune to the law.



So, now we move to the following day on April 18th, where my sister claims she is worried about leaving my mom because she was feeling sick; however, she and her family took off to Sweden just days before our mother died, without any regard as to her deteriorated state. In fact, my mother was very upset that her daughter abandoned her at such a critical time when she was taking her last breaths, and she knew it.

If this incident was not enough to convince someone that my mother had no idea what she was signing, the next set of texts between me and my sister will prove this point without any doubt. It will also bring into question whether Craig McCullough and Lisa Stephens intentionally administered a lethal dose of morphine, hoping my mother would die immediately following the execution of this fraudulent document.

We now move to April 20th, 2018, or just three days after my mother had been tricked and deceived into signing away her's and my father's legacies. As a preface to this text, it should be noted that my mother had been extremely ill and almost comatose since the 17th.



My mother was not suffering from her advanced lung cancer but rather from the high doses of morphine Lisa was giving her before and after the 17th. She even stated in her text that our mother had had flu-like symptoms for three days, dating back to the 17th. When all the evidence was analyzed during these days, Lisa was not having a meltdown but rather a celebration. Her mother had just turned over the control of my parents' entire estate to her without her knowledge, and now she was about to die, thereby sealing "The Old Switcheroo" as was prescribed by Kirton McConkie.

This is where the situation becomes sickening and so wicked that it should be an upcoming episode of "The Evil Within." If you knew my sister and my brother-in-law, you would think they were some of the most honest and spiritual people you would ever meet. This is what made it so much easier for them to pull off this unthinkable act. I will start with texts from April 20th, 2018, the night before my mom was rushed to the emergency room with all the symptoms of a morphine overdose:



To give a little background information, my mother never told me not to stay with her for the night. I was sleeping on the couch in an adjoining TV room, and she needed me to help her go to the bathroom in the middle of the night. So why would my sister suddenly tell me that my mother did not want me to come, and why did she not tell me this herself? The answer is obvious, Lisa did not want me to come because she knew that she had administered what she thought to be a lethal dosage of this powerful drug, and my arrival might result in my mother surviving or worse; telling me that she had signed something she was unaware of.

The reason my mother's oxygen was turned up to a 5 is because the morphine was slowing her breathing down dramatically. This was in fact the first time it had ever been set at this level. So, when Lisa told me to cut it back to 4, she knew that this would put my mother into respiratory distress and hopefully death, which it almost did.

When I awoke early the next morning, I found my mother ice cold, barely breathing, and clearly unconscious. The following texts describe this nightmare, which I allege was attempted pre-meditated murder by my sister and one of the Lawyers of Jesus Christ Himself, Mr. Craig McCullough. Whether it was premeditated or not, it certainly is an automatic case of wrongful death based on the fact they administered an illegal dosage of morphine. Just because someone may be close to death, does not mean you have the right to play God and kill them, even if they are 84 years old with advanced lung cancer.



I think the only surprise Lisa had, was that her mother was not dead as she and Craig had hoped for. The last thing the defendants needed now, was for Joyce Eliason to gain clarity and remember that she had signed something without her knowing what it really was. I thank God she did, otherwise the defendants could have claimed she signed this document during a time of lucidity, and that these were her true intentions. Even if this had been the case it would not have changed anything, because Craig McCullough was still in a professional conflict of interest, and any amendment required the signature of my father.

I could not have written a more unbelievable story than the one that was unfolding before my eyes, and even science fiction readers would question the veracity herein, especially since the perpetrators appeared to be trustworthy with integrity. Nobody would ever question their motives as garment-wearing and temple-recommend-holding members of the LDS Church, and that is what has given them the strength and ability they needed to deceive my parents and acquire the trust they then betrayed.



This photo was taken later that morning, on April 21st, 2018, exactly one month before my mother passed away. She had fallen into a morphine-induced coma, which would last until April 25th, which is a day the defendants must have dreaded since there was a risk that my mother would awaken and remember there was something she had signed. And unfortunately for the defendants, she did.

I often wonder the level of fear and paranoia the defendants should have felt, knowing their decade-long fight to conceal their crimes could eventually lead them to prison where their freedom would be taken away, and their careers and lives shattered and shamed to the point of no return. How many people would be willing to sacrifice everything, hoping to get away with murder and everything that goes along with it?

How would it feel to be one of the dozens of judges who are accused of criminal judicial misconduct, who I am openly calling liars and thugs for refusing to prosecute this matter, and who have no defense for their unacceptable actions?

And what about the Attorney General for both the State of Utah and the United States, Sean Reyes, and Merrick Garland respectively, whose jobs are to go after corruption, especially when there is such overwhelming evidence proving RICO crimes are still being committed? And finally, are the President of the United States and the next Prophet to be concerned at all that they could be exposed any day as being among the most corrupt leaders who have ever lived?

Each of the defendants in this case has been served with a copy of this book and will surely realize the truths spoken herein will leave their criminal actions in the history books for all to see. May each of them suffer unimaginable guilt for their refusal to uphold the Constitution and enforce the dozens of laws which have been broken.

So, here my dear mother is, later that morning, in a coma and fighting for her life after being rushed by ambulance to the University of Utah Hospital, where she would spend several days recovering from her overdose. And by my mother's side sits my sister, with the full knowledge of what she had done, and hoping her attempt to silence the voice of the woman who gave her life would succeed. May God grant me enough time on earth for me to see justice executed against these despicable examples of human beings, even if it includes the sister I loved and trusted with my life since the day I was born.



I want the reader to understand that when my parents were first introduced to Craig McCullough in May of 2013, we had a meeting in the offices of Kirton McConkie wherein my mother made it very clear that she wanted to be kept alive if there was one brain cell still functioning.

My sister and I laughed with her about her statement, but we all know she was dead serious about her wishes, and everyone in that room, including Lisa and Craig, knew this to be true. So, with that in mind, why would my sister suddenly tell the nurses in the ER that my mother had a DNR in place when there is no way that a daughter would forget her mother's words?

Lisa Stephens did not just forget that my mother did not have a DNR in place. She purposely told the nurses in the ER that she did have one and that they should just let her die. It was at that moment that I wished she were adopted because I could not imagine someone so wicked descending from my parents or any of my faithful and honest ancestors whose blood now screams for vengeance from the grave.



I later went to see my mother's physician, Dr. Wallace Akerly, from the Huntsman Hospital, and asked if he had somehow prescribed a dosage of morphine too high for her. I was horrified to hear him say, "I never would have prescribed morphine to your mother since it slows breathing, which is the last thing a patient suffocating from lung cancer needs."

The reader may wonder why I would take pictures of my mother in this comatose state the day she was admitted to the ER. I did this because the night before my mother fell into this coma, she asked me if I had read what Craig had her sign and if I was OK with the document. Given the circumstances, I wanted to document her condition in case I needed to show this image of evidence before the court, and now I see that my suspicions were justified.



My mother refers to having signed a "Diamond Trust," which neither she nor I had ever heard of. She once again told me that McCullough said that her brother Larry Stillman had reviewed the documents, and had recommended them as part of her estate plan. As already discussed, there never was a "Diamond Trust" or a "Dynasty Trust," and whatever Craig had my mother sign was fraudulent since he was already representing Lisa as his client, not my mother and father.

As shown further in the text, my mother asked me to stop at Kirton McConkie and get a copy of whatever she had signed, and Craig's secretary confirmed there was indeed a document that existed, but nobody at Kirton McConkie would forward a copy of this document to either me or my mother who was still being led to believe that Kirton McConkie represented her and my parents' estate.

Now, the follow-up text with Lisa catches her in a flat-out lie about what she had forced our mother to sign.

iMessage Message sent 4/26/2018 8:00:48 AM

Hey Lis, mom started telling me about some diamond trust she'd signed and the details were blurred but asked me to read it and make changes if I wanted to?

I thought she was delusional but I stopped on my way home at Craig's and his assistant said she'd signed something on Wed or something?  Can you shoot me a copy today?  The assistant needed Craig's approval but I've got to think you were there?

Love you!

iMessage Message received from Lisa Stepens (Eliason) (+18012599138) 4/26/2018 8:30:48 AM

Yeah, she set up like a perpetual education fund that can make small loans. It was really important to her to get it done & she's really proud of it. Let's talk it about it after we get home.

iMessage Message sent 4/26/2018 8:32:54 AM

Do you have a copy you can send? Is this different than the $500 a month? She said something about her entire cash flow going into it which I assumed she was delusional about...?

iMessage Message sent 4/26/2018 8:37:28 AM

As I questioned her, she said "oh, that's not what I wanted to happen, and wanted to change it immediately?"  I'm clueless other than if this is that $500

What Lisa is referring to as a "perpetual education fund" that can make small loans is the Second Amendment to the Joyce S Eliason Trust, which erased my father as Settlor and Successor Trustee. This is also the document that gave the defendants the right to steal over $6 million dollars from my parents' personal trusts, which included almost $5 million dollars from the Eliason 2016 Irrevocable Trust. Lisa stated that her mother was "really proud of it," and yet my mother clearly had no idea what she should have been proud of.

It should also be noted that my mother told me to make any changes if I wanted to, but how could I possibly change a document that Kirton McConkie refused to provide to me or my mother for review? Should I not still be able to change this document or declare it void as was stated should happen by the two law firms spoken of in a prior chapter?

As to the $500/month, my mother requested that each of her grandchildren receive this amount for five years, starting when they turned 25. This did not require a trust, and my mother had already funded all her grandchildren's amount except for my two daughters, Kylie and Brittnie. This meant that my siblings' children did not even have any rights to collect this amount, and yet have been awarded millions of unaccounted-for dollars.

There has since been over $25 million flow into that non-existent trust, and every judge in the State of Utah who has reviewed this matter is fully aware of it. Still, instead of exposing the individuals as criminals, they have done everything possible to keep the public ignorant to ultimately protect the Church. Imagine how my mother felt on her death bed, knowing that her "attorney" had forced her to sign something, but then refused to give her a copy of it even though Bryan and Lisa Stephens have one. The

anxiety associated with dying was exasperated by the villains of this story. The population of the United States is in complete ignorance to the fact that they have already lost their liberty, and that there is nobody in power to protect them.

# CHAPTER NINE
## The Undisclosed Life Insurance Policies

Just when I thought things could not get more sinister and eviler, I found verbiage within the Trust documents that spoke of life insurance policies that existed in the life of my mother as a Settlor, which may shed some light as to why these heartless criminals wanted my mother dead at this point in time.

The first time I read the following section of the Eliason 2016 Trust, I was immediately hit by the provision that made the personal representative the sole beneficiary of these life insurance policies, especially when I realized Craig McCullough had filed forged electronic signatures to the court claiming that my father and I had rescinded our rights as such, which is something neither of us had any reason to do. Craig also did this on behalf of my brother which is another reason I am certain they double-crossed him through all these crimes.

First, I had no clue what a Personal Representative was at the time, and I knew my mother did not know about any life insurance policies on her head. I had sat by her every day for five years before her death, and I knew every aspect of her balance sheet and assets, and there was no insurance listed. What kind of sick daughter would purchase life insurance on her mother with the clear hopes that she would die prior to the maturity of these policies?

> ARTICLE 3 – DISPOSITION OF TRUST ESTATE AFTER DEATH OF SETTLOR AND SETTLOR'S SPOUSE
>
> 3.1 Distribution Upon Death; Collection of Insurance Proceeds. Upon the Settlor's death, if Settlor's spouse is surviving, the Trustee shall distribute that portion of the Trust Estate, if any, which is included in Settlor's estate for federal estate tax purposes to the Trustees of The Joyce S. Eliason Trust, a revocable trust established by Settlor. If no qualified Trustee makes claim to such portion of the Trust Estate within six (6) months after Settlor's death, the Trustee shall distribute such portion to the personal representative of Settlor's estate. Upon the death of Settlor, the Trustee shall make reasonable efforts to collect the proceeds of all insurance policies which become payable to the Trustee pursuant to this Trust Agreement. The Trustee shall have full authority to take any action the Trustee deems best in regard to collection and to pay the

My second question which I cannot get out of my mind is this: How is it possible to obtain a life insurance policy on the life of an 84-year-old woman who was already diagnosed with lung cancer? And exactly what reason would such policies be needed upon the death of my mother? She had no debts or obligations, nor did she add any management skills to the family LLCs or trusts. Plus, there was a monthly cash flow of several million dollars, so what was the purpose?

The only logical conclusion is that the defendants obtained these policies only to profit from my mother's death, which they obviously did. The documents also mention there are "policies" (plural) as if one policy was not enough. I was not even aware that it was possible to take out life insurance without someone's consent, and I am certain my mother did not know this existed either. To this day, Kirton McConkie refuses to disclose copies of these policies to me as both a trustee and beneficiary of my parent's estate.

If that is not enough, the payee of any such policies should have been my mother's estate, with a subsequent transfer into the Marital Trust which was to be controlled by my father and left therein until he passed away. Thus, even if the policies would have been legitimate, Lisa should never have been named the sole beneficiary. Also, since Craig McCullough named Lisa as the sole Trustee upon my mother's death, it was Lisa's responsibility to file a report with probate and disclose how she settled this estate as the fraudulently appointed conservator which is something she never did.

The Trust also states that if a qualified Trustee does not request their share of these insurance proceeds within six months, their allocated amount would become payable to the personal representative. Curiously enough, Kirton McConkie and Craig McCullough refused to provide a copy of this Trust until six months after my mother had passed.

What adds wickedness to evil in this situation is the timing of the events, and what I believe takes the defendants to new depths of deceit and dark crimes to which they were willing to stoop out of sheer greed and lawlessness. I have no physical proof of these allegations, however; Kirton McConkie refuses to respond to these questions which usually implicate guilt within an honest court system.

If anyone has ever opened a life insurance policy with a high dollar amount, they will know there is a detailed questionnaire that must be filled out with no tolerance for errors, or it could be deemed fraudulent and/or invalid.

I believe the only way the defendants could have secured these policies was by putting them into place in May of 2013 when my mother was found to have a mass in her left lung, which had not yet been diagnosed as cancer. I suspect they proceeded to commit Insurance Fraud by not disclosing in the application that my mother had this mass since it was not yet in her medical records.

Assuming these policies had a maturity of five years, this would put the expiration date at the end of May 2018, and my mother coincidentally died on May 21st, 2018. I am openly accusing them of this fraud until they can prove me wrong. I also believe the policies may have been initiated through Beneficial Life, the Church owned life insurance company. Regardless of the amount and who issued the policies, it begs the question of how many other Kirton McConkie clients have unknown insurance policies on their lives without their consent.

What I know for certain is that if I were innocent and being accused of such a heinous crime, I would have immediately provided the evidence to the court to prove the accuser wrong which is something the defendants have been unable to do since they admitted guilt in February of 2019.

Shame on the United States Department of Justice for allowing federal judges to dismiss this matter with prejudice, which opens the door for other attorneys to victimize their clients such as Kirton McConkie has done to my family. How I long for a day when I may meet these defendants in an honest court setting and demand they explain themselves for refusing to prosecute crimes such as this.

If this is not enough of a statement as to how heinous and evil these criminals are, below is the next section in the 2016 Trust, which shows that Lisa also gave herself the right to put insurance on the life of another Trustee, and that would be me. If Chief Judge Robert Shelby of the United States District Court for the District of Utah found Craig McCullough had placed life insurance on him, and made himself the beneficiary, would he not be a little concerned as to why this was being done? Now imagine Judge Shelby looking in his bank account and realizing Craig is paying the premiums with his own money. Is this what it would take for this public servant to open an investigation against this man?

5.8.3  Insurance on Life of a Trustee.  If insurance on the life of any person shall become an asset of the Trust or any trust hereunder, such person, if and while acting as a trustee, shall have no power or authority to change beneficiaries or to obtain the cash or loan value of such insurance or to exercise any other right, privilege or incident of ownership with respect to such insurance.  All incidents of ownership of such insurance shall be vested solely in the trustee other than such person.  All rights, privileges and incidents of ownership concerning such insurance shall be exercised by a co-trustee or successor trustee and not the trustee who is the insured under the policy.

Pay attention to the line that says all incidents of ownership of said insurance shall be vested solely in the Trustee (who just so happens to be Lisa). This after McConkie removed me as Trustee the day after I asked for an accounting. Why would a Trust that is collecting millions in income each month need a life insurance policy on my head unless the defendants were betting that I would crack under their assaults and end up dead? This same Judge Shelby was the first District Court judge to dismiss this case with prejudice despite this evidence which was staring at him in his corrupt eyes.

But the other blaring question is this: why would Lisa become the beneficiary of a life insurance policy on my head, instead of my wife and children? Especially since it is my money that is paying the premiums. I am hoping that these pages are beginning to expose the level of evil and corruption that lies behind the veil of Kirton McConkie and the LDS Church, for their ongoing cover-up of the crimes committed by their agent, Craig McCullough.

When my sister decided to buy a coffin for my mother two weeks before her death, she asked me a very curious question concerning what color coffin I wanted to be buried in when I died and which of the family plots I wanted to call home one day. I assumed she was kidding, and I responded that I wanted the Ferrari coffin, to which we both laughed. But now that I see what the defendants are capable of in slapping policies on unexpecting victims I am more than certain she was not kidding.

With this ongoing disclosure of fraud, which adds to the evidence against the defendants, the State of Utah and the United States Department of Justice should shudder at the thought that they could be exposed as co-conspirators, which is indeed the case. Theoretically, Dallin Oaks and the entire Quorum of the Twelve Apostles of The Church of Jesus Christ of Latter-Day Saints could be broadcasting the next General Conference from Death Row at the Utah State Prison, along with a temple full of corrupt thugs they call their attorneys.

While I am certain that many faithful members of the Church will say, "How dare you say such horrible things about our Church Leaders!" My response to them is, "How dare you not say such horrible things about our Church Leaders," especially if you understand what crimes they are concealing with no remorse and no desire to stop the criminals in their tracks.