

**UNIVERSITY OF UTAH**

HOSPITALS AND CLINICS

50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

Eliana, Legal

MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B

**Medication Administrations**

### acetaminophen (TYLENOL) tablet 325-650 mg [135511972]

| | |
|---|---|
| Ordering Provider: Eleni Tseliou, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 05/17/18 0433 | Starts/Ends: 05/17/18 0432 - 05/21/18 0932 |
| Ordered Dose (Remaining/Total): 325-650 mg (—/—) | Route: Oral |
| Frequency: Every 6 hours as needed | Ordered Rate/Order Duration: — / — |
| Admin Instructions: Not to exceed 3 g per 24 hour period | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 05/21/18 0306<br>Documented:<br>05/21/18 0307 | Given | 650 mg | Oral | Performed by: Dawn Ogg, RN<br>Scanned Package: 50580-600-02,<br>50580-600-02 |
| Performed 05/20/18 1338<br>Documented:<br>05/20/18 1338 | Given | 650 mg | Oral | Performed by: Lauren E Castro, RN<br>Scanned Package: 50580-600-02,<br>50580-600-02 |
| Performed 05/20/18 0804<br>Documented:<br>05/20/18 0804 | Given | 650 mg | Oral | Performed by: Lauren E Castro, RN<br>Scanned Package: 50580-600-02,<br>50580-600-02, 50580-600-02 |
| Performed 05/17/18 1328<br>Documented:<br>05/17/18 1328 | Given | 650 mg | Oral | Performed by: Kevin Troy Orullian,<br>RN<br>Scanned Package: 50580-600-02,<br>50580-600-02 |

### acetaminophen (TYLENOL) tablet 975 mg [135716855]

| | |
|---|---|
| Ordering Provider: Sarah Gilligan, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 05/21/18 0932 | Starts/Ends: 05/21/18 1400 - 05/21/18 1618 |
| Ordered Dose (Remaining/Total): 975 mg (—/—) | Route: Oral |
| Frequency: 3 times daily | Ordered Rate/Order Duration: — / — |
| Admin Instructions: Not to exceed 3 g per 24 hour period | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 05/21/18 1352<br>Documented:<br>05/21/18 1355 | Given | 975 mg | Oral | Performed by: Michelle L Davis, RN<br>Scanned Package: 50580-600-02,<br>50580-600-02, 50580-600-02 |

### amphetamine-dextroamphetamine (ADDERALL XR) 20 mg 24 hr capsule 20 mg [135517078]

| | |
|---|---|
| Ordering Provider: Stein Ingebretsen, MD | Status: Discontinued (Past End Date/Time) |
| Ordered On: 05/17/18 0728 | Starts/Ends: 05/17/18 0900 - 05/21/18 1609 |
| Ordered Dose (Remaining/Total): 20 mg (—/—) | Route: Oral |
| Frequency: Every morning | Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|



| | UNIVERSITY OF UTAH | HOSPITALS & CLINICS<br>50 N Medical Dr<br>Salt Lake City UT 84132-0001<br>Phone: 801-581-2121 | Eliason, Joyce J<br>MRN: 03781903, DOB: 2/23/1934, Legal<br>Sex: F<br>Acct #: 71405826<br>Adm: 5/16/2018, D/C: 5/21/2018 |

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 05/21/18 0959<br>Documented:<br>05/21/18 0959 | Given | 20 mg | Oral | Performed by: Lauren E Castro, RN<br>Scanned Package: 60687-298-95 |
| Performed 05/20/18 0825<br>Documented:<br>05/20/18 0826 | Given | 20 mg | Oral | Performed by: Lauren E Castro, RN<br>Scanned Package: 60687-298-95 |
| Performed 05/19/18 0840<br>Documented:<br>05/19/18 0841 | Given | 20 mg | Oral | Performed by: Crystal Terry, RN<br>Scanned Package: 60687-298-95 |
| Performed 05/18/18 0950<br>Documented:<br>05/18/18 0950 | Given | 20 mg | Oral | Performed by: Jennifer Snow, RN<br>Scanned Package: 60687-298-95 |
| Performed 05/17/18 0822<br>Documented:<br>05/17/18 0823 | Given | 20 mg | Oral | Performed by: Kevin Troy Orullian, RN<br>Scanned Package: 60687-298-95 |

### azithromycin (ZITHROMAX) 500 mg in sodium chloride 0.9 % 250 mL IVPB [135700566]

| | |
|---|---|
| Ordering Provider: Ryan Morton, MD<br>Ordered On: 05/19/18 2317<br>Ordered Dose (Remaining/Total): 500 mg (1/3)<br>Frequency: Every 24 hours | Status: Discontinued (Past End Date/Time)<br>Starts/Ends: 05/20/18 0000 - 05/21/18 0932<br>Route: Intravenous<br>Ordered Rate/Order Duration: 250 mL/hr / 60 Minutes |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 05/17/18 Right Forearm 20 G | 05/20/18 0025 by Catherine Marie Williams, RN | — |
| Peripheral IV 05/20/18 Left Antecubital 20 G | 05/21/18 0127 by Dawn Ogg, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 05/21/18 0127<br>Documented:<br>05/21/18 0128 | New Bag | 500 mg<br>250 mL/hr<br>60 Minutes | Intravenous | Performed by: Dawn Ogg, RN<br>Scanned Package: 0338-0049-02, 0338-0049-02, 0338-0049-02, 63323-398-10, 63323-398-10, 63323-398-10 |
| Performed 05/20/18 0130<br>Documented:<br>05/20/18 0142 | Stopped | 0 mg<br>0 mL/hr<br>60 Minutes | Intravenous | Performed by: Catherine Marie Williams, RN<br>Comments: IV infiltrated. Will finish when access available |
| Performed 05/20/18 0117<br>Documented:<br>05/20/18 0621 | Stopped | —<br>0 mL/hr<br>— | — | Performed by: Catherine Marie Williams, RN |



50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

---

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

Medication Administrations (continued)

| | | | | | |
|---|---|---|---|---|---|
| Performed 05/20/18 0116 Documented: 05/20/18 0621 | Paused | — 0 mL/hr — | — | | Performed by: Catherine Marie Williams, RN |
| Performed 05/20/18 0116 Documented: 05/20/18 0621 | Rate/Dose Change | — 250 mL/hr — | — | | Performed by: Catherine Marie Williams, RN |
| Performed 05/20/18 0109 Documented: 05/20/18 0621 | Paused | — 0 mL/hr — | — | | Performed by: Catherine Marie Williams, RN |
| Performed 05/20/18 0026 Documented: 05/20/18 0621 | Rate/Dose Verify | — 250 mL/hr — | — | | Performed by: Catherine Marie Williams, RN |
| Performed 05/20/18 0025 Documented: 05/20/18 0026 | New Bag | 500 mg 250 mL/hr 60 Minutes | Intravenous | | Performed by: Catherine Marie Williams, RN Scanned Package: 0338-0049-02, 63323-398-10 |

### cefTRIAXone (ROCEPHIN) 1 g in sodium chloride 0.9% 100 mL Mini-Bag [135511959]

| | |
|---|---|
| Ordering Provider: Christy Lee Hopkins, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 05/17/18 0152 | Starts/Ends: 05/17/18 0200 - 05/17/18 0458 |
| Ordered Dose (Remaining/Total): 1 gram (0/1) | Route: Intravenous |
| Frequency: Once | Ordered Rate/Order Duration: 200 mL/hr / 30 Minutes |

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 05/17/18 Right Forearm 20 G | 05/17/18 0200 by Jessica Lynn Clark, RN | — |

| Timestamps | Action / Reason | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 05/17/18 0458 Documented: 05/17/18 1823 | Stopped | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0429 Documented: 05/17/18 1823 | Rate/Dose Change | — 200 mL/hr — | — | Performed by: Jennifer Snow, RN |

Printed by U6011270 at 3/9/26 11:17 AM



U OF HOSPITALS AND CLINICS
50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

Eliason,Joyce S
MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Rate/Dose Change | — 200 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |



UNIVERSITY HOSPITALS AND CLINICS
50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

Eliason, Joyce M
MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 05/17/18 0428 Documented: 05/17/18 1823 | Rate/Dose Verify | — 200 mL/hr — | — | Performed by:  Jennifer Snow, RN |
| Performed 05/17/18 0427 Documented: 05/17/18 0428 | New Bag | 1 gram 200 mL/hr 30 Minutes | Intravenous | Performed by:  Noelle Haines, RN Scanned Package: 0409-7332-01, 0338-0553-18 |
| Performed 05/17/18 0200 Documented: 05/17/18 0311 | Not Given Patient/family refused | 1 gram 200 mL/hr 30 Minutes | Intravenous | Performed by:  Jessica Lynn Clark, RN |

### cefTRIAXone (ROCEPHIN) 1 g in sodium chloride 0.9% 100 mL Mini-Bag [135517065]

Ordering Provider: Eleni Tseliou, MD
Ordered On: 05/17/18 0550
Ordered Dose (Remaining/Total): 1 gram (—/—)
Frequency: Every 12 hours

Status: Discontinued (Past End Date/Time)
Starts/Ends: 05/17/18 0600 - 05/18/18 0639
Route: Intravenous
Ordered Rate/Order Duration: 200 mL/hr / 30 Minutes

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 05/17/18 Right Forearm 20 G | 05/17/18 1536 by Kevin Troy Orullian, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|
| Performed 05/18/18 0539 Documented: 05/18/18 1845 | Stopped | — 0 mL/hr — | — | Performed by:  Jennifer Snow, RN |
| Performed 05/18/18 0526 Documented: 05/18/18 1845 | Rate/Dose Change | — 10 mL/hr — | — | Performed by:  Jennifer Snow, RN |
| Performed 05/18/18 0448 Documented: 05/18/18 1845 | Rate/Dose Change | — 200 mL/hr — | — | Performed by:  Jennifer Snow, RN |
| Performed 05/18/18 0448 Documented: 05/18/18 1845 | Paused | — 0 mL/hr — | — | Performed by:  Jennifer Snow, RN |



UNIVERSITY OF UTAH HOSPITALS AND CLINICS
50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

Eliason, Joyce S
MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 05/18/18 0448 Documented: 05/18/18 1845 | Paused | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/18/18 0448 Documented: 05/18/18 1845 | Rate/Dose Verify | — 200 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/18/18 0447 Documented: 05/18/18 1845 | Rate/Dose Verify | — 200 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/18/18 0446 Documented: 05/18/18 0447 | New Bag | 1 gram 200 mL/hr 30 Minutes | Intravenous | Performed by: Jessica Ann Delaby, RN Scanned Package: 0409-7332-01, 0338-0553-18 |
| Performed 05/17/18 1606 Documented: 05/17/18 1823 | Stopped | — 0 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 1536 Documented: 05/17/18 1823 | Rate/Dose Verify | — 200 mL/hr — | — | Performed by: Jennifer Snow, RN |
| Performed 05/17/18 1536 Documented: 05/17/18 1536 | New Bag | 1 gram 200 mL/hr 30 Minutes | Intravenous | Performed by: Kevin Troy Orullian, RN Scanned Package: 0409-7332-01, 0338-0553-18 |

**cefTRIAXone (ROCEPHIN) 1 g in sodium chloride 0.9% 100 mL Mini-Bag [135700565]**

Ordering Provider: Ryan Morton, MD
Ordered On: 05/19/18 2317
Ordered Dose (Remaining/Total): 1 gram (—/—)
Frequency: Every 24 hours

Status: **Discontinued (Past End Date/Time)**
Starts/Ends: **05/20/18 0000 - 05/21/18 1609**
Route: **Intravenous**
Ordered Rate/Order Duration: **200 mL/hr / 30 Minutes**

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 05/17/18 Right Forearm 20 G | 05/19/18 2339 by Catherine Marie Williams, RN | — |
| Peripheral IV 05/20/18 Left Antecubital 20 G | 05/21/18 0019 by Dawn Ogg, RN | — |

| Timestamps | Action | Dose / Rate / Duration | Route | Other Information |
|---|---|---|---|---|



UNIVERSITY OF UTAH

UUHOSPITAL AND CLINICS
50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

Elias, Margaret
MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

**Medication Administrations (continued)**

| | | | | |
|---|---|---|---|---|
| Performed 05/21/18 0019<br>Documented:<br>05/21/18 0024 | New Bag | 1 gram<br>200 mL/hr<br>30 Minutes | Intravenous | Performed by: Dawn Ogg, RN<br>Scanned Package: 0338-0049-02,<br>0409-7332-01, 0338-0553-18 |
| Performed 05/20/18 0024<br>Documented:<br>05/20/18 0621 | Stopped | —<br>0 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |
| Performed 05/20/18 0021<br>Documented:<br>05/20/18 0621 | Rate/Dose<br>Change | —<br>200 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |
| Performed 05/20/18 0020<br>Documented:<br>05/20/18 0621 | Paused | —<br>0 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |
| Performed 05/20/18 0017<br>Documented:<br>05/20/18 0621 | Rate/Dose<br>Change | —<br>200 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |
| Performed 05/20/18 0016<br>Documented:<br>05/20/18 0621 | Paused | —<br>0 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |
| Performed 05/19/18 2356<br>Documented:<br>05/20/18 0621 | Rate/Dose<br>Change | —<br>200 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |
| Performed 05/19/18 2353<br>Documented:<br>05/20/18 0621 | Paused | —<br>0 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |
| Performed 05/19/18 2352<br>Documented:<br>05/20/18 0621 | Rate/Dose<br>Change | —<br>200 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |
| Performed 05/19/18 2350<br>Documented:<br>05/20/18 0621 | Paused | —<br>0 mL/hr<br>— | — | Performed by: Catherine Marie<br>Williams, RN |



UNIVERSITY OF UTAH

...DIAGNOSTIC LABS AND CLINICS          Eliason, Joyce S
50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

### Medication Administrations (continued)

| | | | | |
|---|---|---|---|---|
| Performed 05/19/18 2342 Documented: 05/20/18 0621 | Rate/Dose Verify | — 200 mL/hr — | — | Performed by: Catherine Marie Williams, RN |
| Performed 05/19/18 2339 Documented: 05/19/18 2342 | New Bag | 1 gram 200 mL/hr 30 Minutes | Intravenous | Performed by: Catherine Marie Williams, RN Scanned Package: 0409-7332-01, 0338-0553-18 |

### clonazePAM (KlonoPIN) tablet 0.25 mg [135517048]

Ordering Provider: Eleni Tseliou, MD
Ordered On: 05/17/18 0549
Ordered Dose (Remaining/Total): 0.25 mg (—/—)
Frequency: 2 times daily

Status: Discontinued (Past End Date/Time)
Starts/Ends: 05/17/18 0900 - 05/21/18 1609
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 05/21/18 1529 Documented: 05/21/18 1529 | Given | 0.25 mg | Oral | Performed by: Lauren E Castro, RN Scanned Package: 0904-6101-61 |
| Performed 05/21/18 0957 Documented: 05/21/18 0957 | Given | 0.25 mg | Oral | Performed by: Lauren E Castro, RN Scanned Package: 0904-6101-61 |
| Performed 05/20/18 2316 Documented: 05/20/18 2316 | Given | 0.25 mg | Oral | Performed by: Dawn Ogg, RN Scanned Package: 0904-6101-61 |
| Performed 05/20/18 0829 Documented: 05/20/18 0829 | Given | 0.25 mg | Oral | Performed by: Lauren E Castro, RN Scanned Package: 0904-6101-61 |
| Performed 05/19/18 2206 Documented: 05/19/18 2206 | Given | 0.25 mg | Oral | Performed by: Catherine Marie Williams, RN Scanned Package: 0904-6101-61 |
| Performed 05/19/18 0840 Documented: 05/19/18 0841 | Given | 0.25 mg | Oral | Performed by: Crystal Terry, RN Scanned Package: 0904-6101-61 |
| Performed 05/18/18 2016 Documented: 05/18/18 2016 | Given | 0.25 mg | Oral | Performed by: Adria Elise Pack, RN Scanned Package: 0904-6101-61 |



U HEALTH
UNIVERSITY OF UTAH

UHR OSPITALS AND CLINICS
50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

Eliason, Joyce S
MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

**Medication Administrations (continued)**

| | | | |
|---|---|---|---|
| Performed 05/18/18 Given 0950<br>Documented:<br>05/18/18 0950 | 0.25 mg | Oral | Performed by: Jennifer Snow, RN<br>Scanned Package: 63739-263-10 |
| Performed 05/17/18 Given 2120<br>Documented:<br>05/17/18 2120 | 0.25 mg | Oral | Performed by: Jessica Ann Delaby, RN<br>Scanned Package: 63739-263-10 |
| Performed 05/17/18 Given 0821<br>Documented:<br>05/17/18 0823 | 0.25 mg | Oral | Performed by: Kevin Troy Orullian, RN<br>Scanned Package: 0904-6101-61 |

### escitalopram (LEXAPRO) tablet 20 mg [135517056]

| | |
|---|---|
| Ordering Provider: Eleni Tseliou, MD<br>Ordered On: 05/17/18 0549<br>Ordered Dose (Remaining/Total): 20 mg (—/—)<br>Frequency: Daily | Status: Discontinued (Past End Date/Time)<br>Starts/Ends: 05/17/18 0900 - 05/21/18 1618<br>Route: Oral<br>Ordered Rate/Order Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 05/21/18 0959<br>Documented:<br>05/21/18 0959 | Given | 20 mg | Oral | Performed by: Lauren E Castro, RN<br>Scanned Package: 68001-197-00 |
| Performed 05/20/18 0826<br>Documented:<br>05/20/18 0826 | Given | 20 mg | Oral | Performed by: Lauren E Castro, RN<br>Scanned Package: 68001-197-00 |
| Performed 05/19/18 0840<br>Documented:<br>05/19/18 0840 | Given | 20 mg | Oral | Performed by: Crystal Terry, RN<br>Scanned Package: 68001-197-00 |
| Performed 05/18/18 0950<br>Documented:<br>05/18/18 0950 | Given | 20 mg | Oral | Performed by: Jennifer Snow, RN<br>Scanned Package: 68001-197-00 |
| Performed 05/17/18 0822<br>Documented:<br>05/17/18 0823 | Given | 20 mg | Oral | Performed by: Kevin Troy Orullian, RN<br>Scanned Package: 68001-197-00 |

### fentaNYL (SUBLIMAZE) infusion 10 mcg/mL in NS [135830349]

| | |
|---|---|
| Ordering Provider: Katherine Louise Lappe, MD<br><br>Ordered On: 05/21/18 1910<br>Ordered Dose (Remaining/Total): 50 mcg/hr (—/—)<br>Frequency: Continuous | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge<br>Starts/Ends: 05/21/18 2000 - 05/22/18 0651<br>Route: Intravenous<br>Ordered Rate/Order Duration: 5 mL/hr / — |



UP HOSPITALS AND CLINICS
50 N Medical Dr
Salt Lake City UT 84132-0001
Phone: 801-581-2121

Eliason,Joyce S
MRN: 03781903, DOB: 2/23/1934, Legal
Sex: F
Acct #: 71405826
Adm: 5/16/2018, D/C: 5/21/2018

## 05/16/2018 - ED to Hosp-Admission (Discharged) in University Hospital Acute Internal Medicine B (continued)

### Medication Administrations (continued)

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 05/20/18 Left Antecubital 20 G | 05/21/18 1915 by Phillip Wayne Smith, RN | — |
| Peripheral IV 05/20/18 Left Antecubital 20 G | 05/21/18 1937 by Phillip Wayne Smith, RN | — |

| Timestamps | Action | Dose / Rate | Route | Other Information |
|---|---|---|---|---|
| Performed 05/21/18 1937 Documented: 05/21/18 1938 | New Bag | 50 mcg/hr 5 mL/hr | Intravenous | Performed by: Phillip Wayne Smith, RN Scanned Package: 9999-000383 |
| Performed 05/21/18 1915 Documented: 05/21/18 2017 | Canceled Entry — | | Intravenous | Performed by: Phillip Wayne Smith, RN |

### fentaNYL 50 mcg/mL injection 50-150 mcg [135819276]

Ordering Provider: Holli D Martinez, APRN

Ordered On: 05/21/18 1630
Ordered Dose (Remaining/Total): 50-150 mcg (—/—)
Frequency: Every 30 minutes as needed
Admin Instructions: RR >24, use of accessory muscles with respiratory effort.

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 05/21/18 1627 - 05/22/18 0651
Route: Intravenous
Ordered Rate/Order Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Peripheral IV 05/20/18 Left Antecubital 20 G | 05/21/18 1659 by Phillip Wayne Smith, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 05/21/18 1841 Documented: 05/21/18 1841 | Given | 150 mcg | Intravenous | Performed by: Phillip Wayne Smith, RN Scanned Package: 0409-9094-12 |
| Performed 05/21/18 1721 Documented: 05/21/18 1721 | Given | 50 mcg | Intravenous | Performed by: Phillip Wayne Smith, RN Scanned Package: 0409-9094-12 |
| Performed 05/21/18 1659 Documented: 05/21/18 1700 | Given | 50 mcg | Intravenous | Performed by: Phillip Wayne Smith, RN Scanned Package: 0409-9094-12 |

### fentaNYL IV bolus from bag [135830350]

Ordering Provider: Katherine Louise Lappe, MD

Ordered On: 05/21/18 1913
Ordered Dose (Remaining/Total): 50-100 mcg (—/—)
Frequency: Every 30 minutes as needed

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 05/21/18 1911 - 05/22/18 0651
Route: Intravenous
Ordered Rate/Order Duration: — / —