Brett L Eliason, Trustee
36 Timber Trail
Ramsey, New Jersey, 07446
801-949-0080
Brett.eliason1@gmail.com
 Plaintiff is Self-Represented "Pro Se"

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

### 50 Walnut Street, Newark, New Jersey, 07102

| | |
|---|---|
| THE ESTATE OF MAX AND JOYCE ELIASON, By and through their Trustees, heirs, and interested persons, including Plaintiffs herein.<br><br>BRETT L. ELIASON, an individual;<br><br>VERONIQUE ELIASON, an individual;<br><br>KYLIE M. ELIASON, an individual;<br><br>BRITTNIE L. ELIASON, an individual.<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES DEPT OF JUSTICE<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS<br><br>DALLIN H. OAKS<br><br>KIRTON MCCONKIE, P.C.<br><br>CRAIG MCCULLOUGH, an individual<br><br>LISA STEPHENS, an individual<br><br>BRYAN STEPHENS, an individual<br><br>ELIASON EIGHT, LLC and ELIASON ENTERPRISES, LLC.<br><br>Defendant | **PLAINTIFF'S DEMAND FOR THE RECUSAL OF JUDGE PADIN AND NOTICE OF JUDICIAL MISCONDUCT AND CORRUPTION**<br><br><br><br>Case No.   2:26-cv-03254<br><br>Judge:   Evelyn Padin |

1

Judge Paiden,

I never imagined that I would spend the later years of my life fighting not merely for my inheritance, not merely for my family's businesses, not merely for my reputation, but for my mine and my family's lives. For years, I have watched the systematic destruction of my life while those in positions of authority stood by in silence. I watched my mother die under circumstances that left me with questions that have never been answered all pointing to a pre-meditated murder committed by the very people who claimed to protect her.

I then watched my father also die under similar suspicious circumstances while I begged and pleaded with the court to intervene when I realized he was being drugged with morphine just as the criminals from Kirton McConkie had done to my mother. And yet those wearing robes stood silent as they did in the past and also do here in the present as is evident in how you are treating this matter.

I was prohibited from visiting my dying father for five years before his death after being accused of the very crimes the attorneys from Kirton McConkie had committed. There is no amount of money on earth that can replace the years I lost with my hero in life. Have you even tried for one minute to comprehend the crimes you are watching as a co-conspirator happen right before the eyes of the court and the entire community?

My dad was an attorney himself; who always told me to "trust no one," and because of corrupted judges I was unable to see him not only years before his death, but also to stand beside him and say goodbye as a son should. I was unable to attend his funeral; because there was none. And why is that your honor? Because I demanded an autopsy so they needed to slap his still warm body in the ground before it could be proven he had also been drugged into oblivion.

There are no court orders that can restore those moments, and no corrupt judge can return those years. There are no legal rulings available that can give a son one final conversation with his father, and I regard you as the reason memories like this are gone forever. Truly I am speechless at how you are not ashamed to the point of stepping down as judge as you betray your oath you swore as a public servant; but somehow you wake up each day and apparently do not see yourself as the criminal I see you as.

2

It was no surprise to see how you turned my plea for an emergency hearing for relief into something foolish like "the venue and/or jurisdiction are wrong." Because this now gave another criminal by the name of Kelly Crawford as the opposing counsel an excuse to go along with you. Anyone who understands this matter will recognize that this fine attorney was hired not as an attorney, but rather as a paid criminal to commit unimaginable retaliatory crimes against the Defendants' victims.

And after all of it, Plaintiff remains unable to obtain an answer to a single question. It is not a complicated question, it is not a novel question, and it is not a constitutional question. It is just a simple yes or no question which I demand you and/or the defendants answer before moving forward with this case:

**Is it legal for a law firm to simultaneously represent both the Plaintiff and the Defendant on the same complaint?**

More specifically:

**Is it legal for a law firm to represent a trust and its settlors while simultaneously representing a beneficiary whose interests are adverse to other beneficiaries, without disclosure and informed consent?**

YES OR NO.

That is the question which this entire case comes down to. And if a judge cannot respond to this question instead of keeping her silence, then she should not be sitting as a District Court Judge and in fact is considered as much of a criminal under RICO as those who murdered my parents. While the Defendants and their counsel continue to claim my allegations are frivolous and without merit to the point I do not even deserve a hearing or a trial, why is it that they are unable to answer that one question themselves after ADMITTING GUILTY TO AN UNDISCLOSED CONFLICT OF INTEREST ON FEBRUARY 11TH, 2019?

My family has in fact been assaulted since 2012 or over 22% of my adult life. That is over a decade now, and it is apparent that the crimes and the high-profile persons who would be implicated in this series of heinous crimes is so great, that to insist justice would cause such irreparable damage that otherwise good people and judges have decided it is alright to let my family be viewed as unfortunate road kill.

3

There have been over 50 cases filed with hundreds of motions, tens of thousands of pages, countless exhibits, countless hearings and trials denied, countless pleas for intervention, unanswered allegations, responses, objections, dismissals, transfers, venue disputes, jurisdictional disputes, procedural disputes, and more unfounded technical arguments all of which do one thing: protect a group of criminals whose crimes are so blatantly horrific that most people do not even believe it. And the judges have ruled, dismissed cases with no due process, transferred, delayed, and ignored the most blatant evidence every seen in any case on the books of the court.

And yet the one question remains unanswered. The Court need not review fifty cases. The Court need not review thousands of exhibits. The Court need not review years of litigation history. The Court need only answer one question.

If the answer is yes, Plaintiff will know that the conduct complained of was lawful.

If the answer is no, Plaintiff remains unable to understand why the issue has escaped meaningful review after years of litigation and extraordinary expense.

**The entire controversy can be reduced to a single word… Yes or No.** Plaintiff therefore not only requests clarification, he demands it. Nothing more. Nothing less. A single answer to a single question. Because after seven years, tens of thousands of pages, and the destruction of a substantial portion of Plaintiff's life, Plaintiff believes he has earned at least that much.

So, tell me your honor: what is your answer?

Submitted this 10th day of June, 2026

Brett L. Eliason, Plaintiff Pro Se

4